# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES--GENERAL

Case No.  **EDCV 13-0829-MWF (KK)**                                    Date: **November 21, 2014**

Title:   Dale Wayne Bashaw v. Daniel Paramo

**DOCKET ENTRY**

PRESENT:

**HON. <u>KENLY KIYA KATO</u>, UNITED STATES MAGISTRATE JUDGE**

<u>Deb Taylor</u>                                           <u>None</u>
Deputy Clerk                                      Court Reporter/Recorder

ATTORNEYS PRESENT FOR PLAINTIFF(S):          ATTORNEYS PRESENT FOR DEFENDANT(S):
     None                                                                      None

**PROCEEDINGS:          (IN CHAMBERS)**

The Court is in receipt of Petitioner's Motion for an Order Extending Time in Which to File Objections to the Report and Recommendation.   Petitioner's request is DENIED as moot.  Petitioner's objections were filed on October 27, 2014.

Initials of Deputy Clerk       dts

MINUTES FORM 11
CIVIL-GEN