JS-6

FILED
CLERK, U.S. DISTRICT COURT

12/18/2014

CENTRAL DISTRICT OF CALIFORNIA
BY: C. Wynn    DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALE WAYNE BASHAW, | Case No. EDCV 13-829-MWF (KK) |
| Petitioner, | |
| v. | **JUDGMENT** |
| DANIEL PARAMO, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: December 18, 2014

_____
HONORABLE MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE